JOSHUA H. HAFFNER, SBN 188652
(jhh@haffnerlawyers.com)
ALFREDO TORRIJOS, SBN 222458
at@haffnerlawyers.com
VAHAN MIKAYELYAN, SBN 337023
vh@haffnerlawyers.com
**HAFFNER LAW PC**
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for Plaintiff MANDY SAECHAO,
on behalf of herself and all other similarly situated

ELIZABETH A. BROWN, SBN 235429
(lisabrown@gbgllp.com)
JENNIFER SVANFELDT, SBN 233248
(jensvanfeldt@gbgllp.com)
MICHELLE T. MCGUINNESS, SBN 257151
(michellemcguinness@gbgllp.com)
Ryan King, SBN 351149
(ryanking@gbgllp.com)
**GBG LLP**
601 Montgomery Street, Suite 840
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY SAECHAO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: 3:25-cv-02431-RFL**<br><br>Date action filed: September 14, 2023<br><br>Assigned to:<br><br>HON. RITA F. LIN<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE OF A JOINT LETTER WITH THE NAME OF THE MEDIATOR AND DATE OF THE MEDIATION**<br><br>**[PURSUANT TO CIV. L.R. 6-1(B) AND 6-2]** |

1

1  Plaintiff Mandy Saechao, also known as Mouang Saechao, ("Plaintiff") brings
2  this class and representative action against defendants United Parcel Service, Inc., and
3  Does 1 through 10 ("Defendants") (collectively the "Parties"). pursuant to Civil Local
4  Rules 6-2 and 7-12, the Parties, by and through their respective counsel of record,
5  hereby stipulate as follows:
6  WHEREAS, Plaintiff commenced this action on January 24, 2025 in the
7  Superior Court of the State of California, County of Alameda (ECF 1);
8  WHEREAS, on March 10, 2025 Defendants removed the action to United
9  States District Court for the Northern District of California (ECF 1);
10 WHEREAS, Defendants filed their answer to Plaintiff's initiating complaint on
11 March 11, 2025 (ECF 1-7);
12 WHEREAS, on June 18, 2025 the Court referred the Parties to Private ADR,
13 setting January 9, 2026 as deadline for a joint letter with the name of the mediator and
14 date of the mediation and setting March 20, 2026 as the deadline to complete mediation
15 (ECF 23);
16 WHEREAS, given the past holidays the Parties need additional time for mediator
17 selection and mediation scheduling. The parties have met and conferred and have
18 agreed to stipulate for 1-week extension for the existing deadline of January 9, 2026 and
19 will provide the Court the selected mediator and the date of mediation by January 16,
20 2026;
21 WHEREAS, no trial date has been set for this case and the parties believe that the
22 extension will not have any effect on the schedule for the case;
23 WHEREAS, this stipulation is not entered into for the purpose of delay, but
24 instead to avoid the needless expenditure of resources by the parties and the Court; and
25 NOW THEREFORE, in consideration of the foregoing, the parties, by and
26 through their undersigned counsel, hereby stipulate, agree and request that the Court
27 enter an Order as follows:
28

**JOINT STIPULATION TO EXTEND THE DEADLINE OF A JOINT LETTER WITH THE NAME OF THE MEDIATOR AND DATE OF THE MEDIATION**

1. January 9, 2026 deadline for a joint letter with the name of the mediator and date of the mediation is extended to January 16, 2026.

IT IS SO STIPULATED.

Dated: January 9, 2026                    Respectfully submitted,


/s/ Vahan Mikayelyan
Joshua H. Haffner
Alfredo Torrijos
Vahan Mikayelyan
HAFFNER LAW PC
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
Tel: (213) 514-5681
Fax: (213) 514-5682
E-mail: jhh@haffnerlawyers.com
E-Mail : at@haffnerlawyers.com
E-Mail :vh@haffnerlawyers.com

*Attorneys for Plaintiff, the proposed California Class Members and California Class*


Dated: January 9, 2026                    Respectfully submitted,


/s/ Elizabeth A. Brown
Elizabeth A. Brown
Jennifer Svanfeldt
lisabrown@gbgllp.com
jensvanfeldt@gbgllp.com
GBG LLP
601 Montgomery Street, Suite 840

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

*Attorneys for Defendant*
*United Parcel Service, Inc.*

4

**JOINT STIPULATION TO EXTEND THE DEADLINE OF A JOINT LETTER WITH THE NAME OF THE MEDIATOR AND DATE OF THE MEDIATION**

**CERTIFICATION OF COMPLIANCE WITH CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Vahan Mikayelyan, hereby certify that on January 9, 2026, Elizabeth A. Brown authorized me to submit this Stipulation And [Proposed] Order Re Plaintiff's First Amended Complaint

Dated: January 9, 2026                                    By: */s/ Vahan Mikayelyan*
                                                              Vahan Mikayelyan