UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL RUBIO,

Plaintiff,

v.

UNITED PARCEL SERVICE INC.,

Defendant.

Case No. 26-cv-07158-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *Saechao v. United Parcel Service, Inc.*, Case No. 25-cv-02431-RFL.

**IT IS SO ORDERED.**

Dated: July 24, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California